## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

**SHONE EDWARD HANDSHAW**                                   **PLAINTIFF**

**v.**                                              **CIVIL NO. 1:25-cv-00184-HSO-BWR**

**DANIAL MANTEUFEL**                                        **DEFENDANT**

### FINAL JUDGMENT

In accordance with the Court's Order issued this date and incorporated

herein by reference,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, this civil action

is **DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED AND ADJUDGED**, this the 5th day of June, 2026.

_s/ Halil Suleyman Ozerden_
HALIL SULEYMAN OZERDEN
CHIEF UNITED STATES DISTRICT JUDGE